IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMIEN MIKELL** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 04-6113 |
| | : | |
| **GERALD ROZUM et al.** | : | |

## ORDER

**AND NOW** this 24th day of August, 2005, upon consideration of the Petition for a Writ of Habeus Corpus (Doc. No. 1), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 11), and all related submissions, it is hereby

**ORDERED**

1. The Report and Recommendation are **APPROVED** and **ADOPTED**.

2. The Petition is **DENIED.** See Fahy v. Horn, 240 F.3d 239, 244 (3d Cir. 2001) (habeus petitioner must present extraordinary circumstances in order to toll statute of limitations); Jones v. Morton, 195 F.3d 153, 160–61 (3d Cir. 1999) (noting that an action dismissed without prejudice is treated "as if it never existed" for purposes of statutory limitations period); 28 U.S.C. § 2244(d)(1) (imposing one-year limitations period for habeus petitions by state prisoners).

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT.

_____
Paul S. Diamond, J.

1